IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHANTUBHAI SHAH,

Plaintiff,

v.

MEIER ENTERPRISES, INC., a
Washington Corporation; et al.

Defendants.

No. 3:17-cv-00226-JE

ORDER

HERNANDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings & Recommendation (#74) on December 27, 2017, in which he recommends the Court grant certain Defendants' motion to dismiss. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [74], and therefore, the motion to dismiss by Defendants "MEIER ENTERPRISES DIRECTORS," "MEIER ENTERPRISES OFFERS," and "MEIER ENTERPRISES EMPLOYEE OWNERS," [65] is granted.

IT IS SO ORDERED.

DATED this 13 day of Feb., 2018.

_____
MARCO A. HERNANDEZ
United States District Judge